NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN ONEAL GRAHAM,                  )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-646
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )


Opinion filed November 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.